UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :     INDICTMENT

    - v. -                           :     08 Cr.

CLAYTON PRATCHER,                          08 CRIM 373

               Defendant.      :

- - - - - - - - - - - - - - - - - x

<u>COUNT ONE</u>

The Grand Jury charges:

On or about April 16, 2008, in the Southern District of New York, CLAYTON PRATCHER, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did attempt to take from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and did assault and put in jeopardy the life of such person by the use of a dangerous weapon, to wit, PRATCHER attempted to steal money from a branch of Capital One Bank located at 273 East 3rd Street, New York, New York 10009, and, during the course of attempting to rob the Capital One Bank, brandished a knife.

(Title 18, United States Code, Sections 2113(a) and (d).)

_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CLAYTON PRATCHER,

               Defendant.

### INDICTMENT

08 Cr.

(18 U.S.C. §§ 2113(a) and (d))


               MICHAEL J. GARCIA
              United States Attorney.

**A TRUE BILL**

                              Foreperson.

*4/25/08 - Fld. Indictment. Case assigned to Judge Scheindlin for all purposes.*

*S/ Eaton, J. U.S.M.J.*