

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

                 - v -             :        ORDER DIRECTING REPORT
                                            BY PSYCHIATRIC EXAMINER
CLAYTON PRATCHER                   :
                                            Title 18, U.S.C. § 4241
                 Defendant.        :
                                            08 CR 373 (SAS)

- - - - - - - - - - - - - - - - - -x

        Upon the application of Marc Gombiner, Esq., counsel for the defendant, CLAYTON PRATCHER, and with the consent of the United States by Glen Kopp, attorney for the Government, it is hereby

        ORDERED that the Warden of the Metropolitan Detention Center (hereinafter "MDC"), 80 29th Street, Brooklyn, New York 11232, permit Dr. Barry Rosenfeld, a qualified psychiatrist, to conduct a psychiatric examination of the defendant, CLAYTON PRATCHER, at the MDC at a mutually convenient time to determine the defendant's mental condition.

        IT IS FURTHER ORDERED that Dr. Rosenfeld prepare a report of the defendant's mental condition in order to assist the Court in its determination of whether there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Dated:    New York, New York
          Aug 12, 2008

                                   _____
                                   HONORABLE SHIRA A. SCHEINDLIN
                                   United States District Judge

0293

Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

CLAYTON PRATCHER,

Defendant.

ORDER DIRECTING REPORT
BY PSYCHIATRIC EXAMINER

(212) 637-2210

Michael J. Garcia
United States Attorney
Attorney for the USA

Due service of a copy of the within is hereby admitted.

Dated: New York, New York

Attorney for

To:

Attorney for